**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00289-LTB-CBS

MURPHY STEPHENS WAMALA,

    Applicant,

v.

ALBERTO R. GONZALES, et al.,

    Respondent.
_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer issued and served on October 9, 2007 (Doc 41). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that this action is DISMISSED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 1, 2007